UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID CHARLES SUSSMAN,

    Plaintiff,

v.                                Case No.:  2:23-cv-461-SPC-KCD

SHEVAUN HARRIS,
SECRETARY, FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES, WELLPATH and
RECOVERY SOLUTIONS, LLC,

    Defendants.
_____/

## OPINION AND ORDER

Before the Court are Plaintiff David Charles Sussman's Amended Complaint (Doc. 20) and Notice of Inquiry (Doc. 21). On August 21, 2023, the Court dismissed Sussman's initial complaint, entered judgment, and closed this case. (Docs. 17 and 19). A plaintiff seeking leave to amend after entry of judgment must first seek and obtain relief from the judgment under Federal Rule of Civil Procedure 59(e) or 60(b)(6). *Friedman v. Market Street Mortg. Corp.*, 520 F.3d 1289, 1293 n.4 (11th Cir. 2008). Sussman has not done so. Accordingly, Sussman's Amended Complaint is not ripe for consideration.

2

**DONE** and **ORDERED** in Fort Myers, Florida on September 7, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record